Case: 1:21-mj-00651
Assigned To : Faruqui, Zia M.
Assign. Date : 11/10/2021
Description: Complaint w/ Arrest Warrant

## STATEMENT OF FACTS

On or about November 10, 2021, law enforcement members of the Metropolitan Police Department (MPD), Homeland Security Investigations (HSI), and United States Postal Inspection Service (USPIS) executed a court-authorized search warrant for 1676 Maryland Avenue, Northeast, Apartment 267E, Washington, D.C. 20002 (Target Residence), issued by the United States District Court for the District of Columbia. The Target Residence is a one bedroom apartment with an open kitchen living room area.

At approximately 6:00 a.m., law enforcement members knocked and announced their presence at the Target Residence. After knocking and announcing and waiting a brief period of time, law enforcement officers attempted to breach the front door to the Target Residence. At that time, the defendant Sequan Laster opened the front door. The defendant was wearing underwear and a tank top. The defendant was handcuffed and detained. Located in the sole bedroom was a female companion who was in the bed dressed in clothing that appeared to be sleepwear.

Law enforcement officers searched the residence and found the following items. In the kitchen area there was an island. On one of the island's shelves was a loaded Springfield XD 9mm firearm with 16 rounds in the magazine and one round in the chamber, in plain view. Additionally, located in one of the island's drawers was approximately 18 grams of suspected cocaine base packaged in one large bundle. A sampling of the suspected cocaine base field-tested positive for cocaine. Additionally, inside the drawer was a plate with a razor with loose cocaine base on the plate. There were hundreds of small ziplocks commonly used to distribute illegal substances, and a digital scale. The Springfield 9MM firearm was within arm's length from the cocaine base in the kitchen. Inside a male's athletic jacket was approximately $850 in U.S. currency.

Law enforcement also observed in the bathroom several ziplocks containing a white rock-like substance that appeared to be suspected cocaine base; some of the suspected cocaine base was inside the toilet and some suspected cocaine base was on the floor near the toilet The suspected white rock-like substance that appeared to be suspected cocaine base weighed approximately 47 grams including the original packaging, some that ziplocks were wet from being in the toilet. It appeared that someone attempted to flush the ziplocks down the toilet. Additionally, there was over three kilograms of marijuana throughout the apartment.

Located throughout the apartment was male clothing. The defendant directed law enforcement to a jacket and footwear in a closet that the defendant wanted to wear for transportation to MPD headquarters which law enforcement provided him. There were numerous documentary items in the defendant's name including an identification card, credit cards, and a Pepco electric bill in the defendant's name with the Target Residence as the location. There were other documents in the defendant's name with addresses other than the Target residence.

The female occupant was interviewed and gave varying accounts as to why she was present in the apartment. The female occupant stated that she was the defendant's girlfriend and then fiancée. She stated she did not live at the Target Residence but came over the previous night to style her hair. Law enforcement observed a small gym-type backpack with hair products located in the bag with some female clothing.

Your affiant believes that the suspected cocaine base located inside the Target Residence, and the surrounding circumstances detailed above that the suspected cocaine base was possessed with the intent to distribute, and that the firearm, including its close location to the suspected cocaine base, was possessed in furtherance of a drug trafficking offense.

A criminal records check reveals that the defendant was previously convicted in 2016 in Washington, D.C. for carrying a pistol without a license.

_____
Officer Joshua Koble
Metropolitan Police Depart

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 10th day of November, 2021.*

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF COLUMBIA